UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 12-10728-BKC-RBR

SMOKING EVERYWHERE INC.                         Chapter 7
    Debtor.
_____/

MARC P. BARMAT, Chapter 7 Trustee               Adv. Case No. 13-01070-RBR
of the Bankruptcy Estate of
Smoking Everywhere, Inc.

    Plaintiff,
v.
ELICKO TAIEB, individually,

    Defendant.
_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **"Text Only" Order Directing The Clerk To Close The Adversary Proceeding (ECF No. 107)** was furnished on the 24th day of April, 2015 via CM/ECF electronic mail or via U.S. mail to all parties listed on the attached service list.

    Respectfully submitted,

    **AKERMAN, LLP**
    *Counsel for Marc P. Barmat, Trustee*
    Las Olas Centre II, Suite 1600
    350 East Las Olas Boulevard
    Fort Lauderdale, FL  33301-2229
    Tel: (954) 463-2700 /Fax: (954) 463-2224

    By: /s/ *Catherine Douglas*
        Eyal Berger, Esq.
        Florida Bar No.: 11069
        eyal.berger@akerman.com
        Catherine Douglas, Esq.
        Florida Bar No. 85843
        catherine.douglas@akerman.com

{29371962;1}

## SERVICE LIST

**13-01070-RBR Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Plaintiff Marc P. Barmat, Ch 7 Trustee
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Catherine E Douglas on behalf of Plaintiff Marc P. Barmat, Ch 7 Trustee
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

James T Haley on behalf of Attorney Bank of America, NA
jthaley@hsaalegal.com

Jennifer L Morando on behalf of 3rd Pty Defendant BB&T
jmorando@therosenthallaw.com, droman@therosenthallaw.com

Matthew I Rochman on behalf of 3rd Pty Defendant JPMorgan Chase Bank, N.A.
mrochman@wargofrench.com, jgracia@wargofrench.com

Alaina B Siminovsky on behalf of Defendant Elicko Taieb
asiminovsky@zarcolaw.com

Alaina B Siminovsky on behalf of Interpleader Omni Corporation
asiminovsky@zarcolaw.com

Alaina B Siminovsky on behalf of Interpleader Elinor Taieb
asiminovsky@zarcolaw.com

**13-01070-RBR Notice will not be electronically mailed to:**

E*Trade Securities LLC
501 Plaza II
Jersey City, NJ 07311